UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JAN 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>  v.<br><br>REYMUNDO ARREDONDO,<br><br>        Defendant-Appellant. | No.   22-50132<br><br>D.C. No.<br>3:21-cr-03259-LAB-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  CLIFTON, COLLINS, and LEE, Circuit Judges.

Judges Collins and Lee voted to deny the petition for panel rehearing and rehearing en banc.  Judge Clifton voted to grant the petition for panel rehearing and recommended granting the petition for rehearing en banc.  The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.  The petition for panel rehearing and rehearing en banc is DENIED.